UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL PENNIEWELL, | ) | 1:06-CV-1010 OWW NEW (DLB) HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF |
| v. | ) | TIME TO FILE TRAVERSE |
| | ) | (DOCUMENT #10) |
| KEN CLARKE, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On February 28, 2007, petitioner filed a motion to extend time to file a traverse to the answer filed by respondent. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his traverse.

IT IS SO ORDERED.

Dated:    **March 23, 2007**                    **/s/ Dennis L. Beck**
23ehd0                                   UNITED STATES MAGISTRATE JUDGE