UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL PENNIEWELL, ) | | 1:06-CV-1010 OWW NEW (DLB) HC |
| Petitioner, ) | | |
| v. ) | | ORDER GRANTING EXTENSION OF TIME |
| WARDEN KEN CLARKE, ) | | (DOCUMENT #12) |
| Respondent. ) | | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 28, 2007, petitioner filed a motion to extend time to file a traverse to respondent's answer. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his traverse.

IT IS SO ORDERED.

Dated: **April 24, 2007**           **/s/ Dennis L. Beck**
                              UNITED STATES MAGISTRATE JUDGE